STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant VIDEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0500 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| HERBERT VIDEAU, ) | |
| ) | Honorable William H. Alsup |
| Defendant. ) | |

| | |
|---|---|
| 1 | The next appearance in the above-captioned matter was previously set for Tuesday, October |
| 2 | 23, 2012, at 2:00 p.m. for a status conference on Defendant Herbert Videau's progress on supervised |
| 3 | release. However, on that date undersigned counsel for Mr. Videau will be recovering from back |
| 4 | surgery and therefore unable to attend. The next available date for the parties and U.S. Probation |
| 5 | Officer Monica Romero is November 13, 2012. Accordingly, the parties stipulate and jointly |
| 6 | request that the status conference be continued to Tuesday, November 13, 2012, at 2:00 p.m. |

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: _____/s/_____
WILSON LEUNG
Assistant United States Attorney

DATED: _____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Herbert Videau

IT IS SO ORDERED.

DATED: October 12, 2012  _____
WILLIAM H. ALSUP
United States District

APPROVED
Judge William Alsup

STIP. & ~~PROP~~. ORDER                              1